**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1393**

_____

JENNIFER L. WILSON,

        Plaintiff - Appellant,

    v.

SUNTRUST BANK, Incorporated in Georgia; SUNTRUST MORTGAGE
INC.; RESIDENTIAL FUNDING COMPANY, LLC, f/k/a Residential
Funding Corporation,

        Defendants – Appellees,

    and

HUTCHENS, SENTER, BRITTON, PA; JOHN/JANE DOE 1-10,

        Defendants.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge. (3:11-cv-00580-FDW-DSC)

_____

Submitted: July 30, 2012        Decided: August 13, 2012

_____

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jennifer L. Wilson, Appellant Pro Se.  Julia Bright Hartley,
Christina Rampey Hunoval, NELSON MULLINS RILEY & SCARBOROUGH,
LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer L. Wilson seeks to appeal the district court's order dismissing her claims as to some, but not all, of the Defendants in her civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED